IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SORIN 3T | : | MDL DOCKET NO. 2816 |
| HEATER-COOLER SYSTEM | : | Civil Action No. 1:18-MD-2816 |
| PRODUCTS LIABILITY | : | |
| LITIGATION (NO. II) | : | Hon. John E. Jones, III |
| | : | |
| | : | THIS DOCUMENT RELATES TO: |
| | : | **Kimberly Bagwell, Individually and as Personal Representative of the Estate of Ennis Bagwell (formerly Ennis Bagwell) and Vickie Bagwell vs. Sorin Group USA, Inc., et al.** |

**Case No. 1:18-cv-00255-JEJ**

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff(s), Kimberly Bagwell, Individually and as Personal Representative of the Estate of Ennis Bagwell (formerly Ennis Bagwell prior to passing) and Vickie Bagwell, hereby voluntarily dismiss this action, without prejudice, as to all Defendants. All parties will bear their own costs. Upon confirmation that a final settlement payment has been made, Plaintiff(s) agree that this action will be dismissed with prejudice as to all Defendants.

Dated: September 9, 2019

| | |
|---|---|
| /s/ Ashlee E. Winkler | /s/ Jared B. Briant |
| Ashlee E. Winkler (SC #100921) | Jared B. Briant (CO # 35773) |
| Parham Smith & Archenhold, LLC | Faegre Baker Daniels LLP |
| 15 Washington Park | 1144 Fifteenth Street, Suite 3400 |
| Greenville, S.C. 29601 | Denver, CO 80202-2569 |

| | |
|---|---|
| Telephone: 864-242-9008<br>Facsimile:  864-271-6155<br>awinkler@parhamlaw.com | Telephone:  303-607-3500<br>Facsimile:   303-607-3600<br>jared.briant@faegrebd.com |
| **Counsel for Plaintiff(s)** | Linda S. Svitak (MN # 0178500)<br>Delmar R. Ehrich (MN # 0148660)<br>Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone:  612-766-7000<br>Facsimile:   612-766-1600<br>linda.svitak@faegrebd.com<br>delmar.ehrich@faegrebd.com |
| | **Counsel for Defendant** |

## CERTIFICATE OF SERVICE

I, Margaret M. Zylstra, hereby certify that on September 9, 2019 the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

*Margaret M. Zylstra*
Margaret M. Zylstra